

**IT IS ORDERED as set forth below:**

**Date: August 4, 2017**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Petition No. |
| **RISA ROZELLA HILL**, | ) | **17-56656**-BEM |
| Debtor, | ) | Chapter 7 |
| | ) | |
| | ) | |
| **RISA ROZELLA HILL**, | ) | |
| Plaintiff, | ) | |
| | ) | Adversary No. |
| v. | ) | |
| | ) | **17-05131** |
| **THE UNITED STATES OF AMERICA**, | ) | |
| acting through its Department of Education, and | ) | |
| **EDUCATIONAL CREDIT MANAGEMENT** | ) | |
| **CORPORATION**, | ) | |
| Defendants, | ) | |

## SCHEDULING ORDER

Upon stipulation of the parties, it is **ORDERED** as followed:

1) Defendant United States of America shall file an Answer or other responsive pleading

   on or before September 7, 2017.

2) Discovery shall commence on September 14, 2017 and must be completed by December 13, 2017. The deadline to respond to any discovery requests already served shall run from this date. Initial disclosures required by Rule 26(a)(1) are waived and no departures from the standard discovery provisions of the Federal Rules of Civil Procedure and the Local Bankruptcy Rules are required in this proceeding.

3) Motions to join other parties or to amend the pleadings must be filed on or before October 16, 2017.

4) Motions for Summary Judgment must be filed on or before January 16, 2018.

5) If no party files a Motion for Summary Judgment, a consolidated pretrial order shall be submitted on or before January 25, 2018.

The clerk is directed to serve a copy of this Order on the attached distribution list.

### END OF ORDER

**Prepared and presented by:**

/s/ Nathan Juster_____
Nathan Juster
Ga. Bar. No. 993962
Cari E. Hipp
Ga. Bar. No. 106361
Attorneys for Plaintiff/Debtor
Atlanta Legal Aid Society, Inc.
777 Cleveland Ave SW
Suite 410
Atlanta, GA 30315
(678) 702-8413 (phone)
(404) 669-0944 (fax)
chipp@atlantalegalaid.org

**Agreed to and accepted by:**

*/s/ Thomas W. Joyce* *(with express permission by Nathan Juster)*
THOMAS W. JOYCE
Ga. Bar. No. 405527
JONES CORK, LLP
Counsel for ECMC
PO Box 6437
Macon, GA 31208-6437

*/s/ Tiffany Johnson* *(with express permission by Nathan Juster)*
TIFFANY JOHNSON
Ga. Bar. No. 638051
Assistant U.S. Attorney
United States Attorney's Office – NDGA
75 Ted Turner Drive, SW
600 Richard B. Russell Federal Building
Atlanta, Georgia 30303

**Distribution List**

Cari E. Hipp
777 Cleveland Ave SW
Suite 410
Atlanta, GA 30315

Thomas W. Joyce
JONES CORK, LLP
PO Box 6437
Macon, GA 31208-6437

Tiffany Johnson
Assistant U.S. Attorney
75 Ted Turner Drive, SW
600 Richard B. Russell Federal Building
Atlanta, Georgia 30303