**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE<br><br>**RISA ROZELLA HILL,**<br><br>Debtor. | CASE NUMBER<br><br>**17-56656-BEM**<br><br>CHAPTER 7 |
| **RISA ROZELLA HILL,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES OF AMERICA,** acting through its Department of Education; and **EDUCATIONAL CREDIT MANAGEMENT CORPORATION,**<br><br>Defendants. | ADVERSARY NUMBER<br><br>**17-5131-BEM** |

CERTIFICATE OF SERVICE

  I, the undersigned, certify that on the 12th day of January 2018, I served copies of Debtor/Plaintiff's Request for Admission to Defendant ECMC, Request for Admission to Defendant USA, First Interrogatories to Defendant ECMC, First Interrogatories to Defendant USA, First Requests for Production of Documents to Defendant ECMC, and First Requests for Production of Documents to Defendant USA by first class U.S mail, postage prepaid, to the attorneys of record:

Tiffany R. Johnson
U.S. Attorney's Office
72 Ted Turner Dr., SW
600 Richard B. Russell Federal Building
Atlanta, GA 30303

Thomas W. Joyce
Jones, Cork & Miller LLP
P.O. Box 6437
Macon, GA 31208

ATLANTA LEGAL AID SOCIETY, INC.
777 Cleveland Ave SW, Suite 410
Atlanta, GA 30315
(678) 702-8413 (phone)
(404) 669-0944 (fax)
chipp@atlantalegalaid.org

*/s/ Cari E. Hipp*
Cari E. Hipp
Attorney for Plaintiff/Debtor
Ga. Bar. No. 106361